[No. 29715-2-III.   Division Three.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00470-2, Evan E. Sperline, J., entered February 14, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 29818-3-III.   Division Three.   May 15, 2012.]

CARYL J. CLIFTON, *Appellant*, v. LINDA ROSS, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-2-00945-8, William D. Acey, J. Pro Tem., entered March 3, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 29937-6-III.   Division Three.   May 15, 2012.]

*In the Matter of the Marriage of* LAURIE RENNE, *Appellant*, and SCOTT RENNE, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 07-3-00157-9, Jack Burchard, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 41098-2-II.   Division Two.   May 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA QUINTANA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00485-4, Amber L. Finlay, J., entered August 6, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, J.; Armstrong, J., dissenting.